```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 03/14/2024
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
MARVIN ROEL HUALES RECINOS,

                          Plaintiff,                  No. 7:23 Civ. 6199 (NSR) (JCM)

      -against-

CARLOS & WILSON PIZZERIA INC. d/b/a
MIRAGGIO'S PIZZA AND PASTA,
CARLOS PUMA, and WILSON BARBECHO,      [PROPOSED] JUDGMENT

                        Defendants.
------------------------------------------------------------------------ X

**WHEREAS**, an Acceptance of Offer of Judgment Pursuant to Fed. R. Civ. P. 68 having been filed by Plaintiff Marvin Roel Huales Recinos ("Plaintiff") on March 13, 2024; it is

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of Plaintiff and against Carlos & Wilson Pizzeria Inc. d/b/a Miraggio's Pizza and Pasta, Carlos Puma, and Wilson Barbecho, jointly and severally, in the amount of $40,000.00, inclusive of attorneys' fees and costs, in full and final resolution of all of Plaintiff's claims in this action.

Dated: White Plains, New York

       March 14, 2024

                                                    **SO ORDERED:**

                                                    Hon. Nelson S. Román
                                                    United States District Judge

**The Clerk of the Court is directed to terminate the action.**